IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EMMA EICHELMANN                                                                                   PLAINTIFF

VS.                                          CASE NO. 4:07CV1182BSM

UNUM LIFE INSURANCE COMPANY
AND BAPTIST HEALTH A/K/A BAPTIST
HEALTH MEDICAL CENTER-LITTLE ROCK                                         DEFENDANTS

## ORDER OF DISMISSAL

Upon joint motion of the parties (Doc. No. 24), this case is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

IT IS SO ORDERED this 1st day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE